**FILED**

JUN 0 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>     Plaintiff,   )<br>   )<br>       v.   )<br>   )<br>MOISES MEDEROS,   )<br>   )<br>     Defendant   )<br>_____) | NO. CR-06-0206-JSW<br><br><br>[~~Propose~~] ORDER |

   This case was indicted on March 28, 2006 but no process was issued. A summons shall be issued by the Clerk requiring the defendant, Moises Mederos, to appear for arraignment on June 26, 2006 before the Magistrate Judge. The defendant's address is 504 Garfield Drive, Petaluma, CA 94954.

ORDERED this 9 day of June, at San Francisco, California.

_____
Maria Elena James
UNITED STATES MAGISTRATE JUDGE